Commonwealth *v.* DeFrancesco, Appellant.

Argued March 17, 1976. *Bruce K. Doman,* Assistant Public Defender, for appellant; *Peter F. Schenck,* Assistant District Attorney, with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Diaczun, Appellant.

Argued March 8, 1976. *David W. Stitely,* Assistant Public Defender, for appellant; *Morrison B. Williams,* Deputy District Attorney, and *Donald L. Reihart,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.